*MHK*

**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Ronald Williams_
(Name of the plaintiff or plaintiffs)

v.

_Dale Dzenkuntes_

(Name of the defendant or defendants)

CIVIL ACTION

08CV2048
JUDGE ILEFKOW
MAG. JUDGE NOLAN

**COMPLAINT OF ~~EMPLOYMENT~~ DISCRIMINATION**

1. This is an action for ~~employment~~ discrimination.

2. The plaintiff is _Ronald Williams_ of the county of _United States_ in the state of _Illinois_.

3. The defendant is _Dale Dzenkuntes_, whose street address is _7524 N Paulina # (Simply Storage) Unit_
(city) _Chicago_ (county) _United_ (state) _Illinois_ (ZIP) _60626_
(Defendant's telephone number) _(847)-888-8012 & 773-381-0001_

4. The plaintiff sought ~~employment~~ or was ~~employed~~ by the defendant at (street address)
_Rent Storage 7524 N. Paulina Street_ (city) _Chicago_
(county) _Cook_ (state) _Ill_ (ZIP code) _60626_

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.
(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.
(f) ☑ failed to stop harassment;
(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
(h) ☐ other (specify): Told cop's not to give a police Report opon Arrival, Stole out of the Unit. Refuse to open the Wash Room on Several occassion.

13. The facts supporting the plaintiff's claim of discrimination are as follows: Giving Crooks Combination to the Door so they could Herrasse me. Resual of Use of the Wash Room, tampering with Unit from the top, theft of property.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.
(b) ☐ Direct the defendant to re-employ the plaintiff.
(c) ☐ Direct the defendant to promote the plaintiff.
(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
(e) ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

8.  (Complete paragraph 8 only if defendant is not a federal governmental agency.)

    (a)[✓] the United States Equal ~~Employment~~ Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b)[ ] the United States Equal ~~Employment~~ Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a)[✓] Age (Age Discrimination ~~Employment~~ Act).
    (b)[ ] Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c)[✓] Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d)[ ] National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e)[✓] Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f)[ ] Religion (Title VII of the Civil Rights Act of 1964)
    (g)[ ] Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a)[ ] failed to hire the plaintiff.
    (b)[ ] terminated the plaintiff's employment.
    (c)[ ] failed to promote the plaintiff.

(f) [✓]   Direct the defendant to (specify): _Pay me for my Pain and Suffering, Mental Angus, Suffering, Also for over charging me, Dimen Damages, punitive damages_

(g) [✓]   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [✓]   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
_Ronald V Williams_

(Plaintiff's name)
_Ronald S Williams_

(Plaintiff's street address)
_PO Box, 1781 = Chicago 60690_

(City) _Chicago_   (State) _IL_   (ZIP) _60690_
(Plaintiff's telephone number) (773) – _991 4034_

Date: _April 10, 2008_