08CV2048
JUDGE ILEFKOW
MAG. JUDGE NOLAN

DISTR

ANTS
OF ILLINOIS

J.N

FILED
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHK

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ronald Williams
(Please print)

STREET ADDRESS: PoBox 1789 60690 I

CITY/STATE/ZIP: Chicago   Illionis   60690

PHONE NUMBER: 773 991 4034

CASE NUMBER:

_Ronald Williams_
Signature

April 10, 08
Date