# United States District Court

## Northern District of Illinois

### Eastern Division

Williams                                         **JUDGMENT IN A CIVIL CASE**

            v.                                         Case Number: 08 C 2048

Dzeakuntes

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that case is dismissed for lack of subject matter jurisdiction.

                                                               Michael W. Dobbins, Clerk of Court

Date: 4/25/2008                                       _____

                                                               /s/ Michael Dooley, Deputy Clerk